# The Freeman Law Firm, P.A.

4245 Fowler Street
Fort Myers, FL 33901

Brian Freeman, Esq.

Phone:      (239) 226-4236
Facsimile:  (239) 226-4238

March 1, 2021

**Via E-Mail Only**

Troy J. Seibert, Esq.
Vincent A. Fernandez, Esq.
Butler Weihmuller Katz Craig LLP
400 N. Ashley Drive, Suite 2300
Tampa, Florida  33602

Re: William Unwin and Jennifer Unwin v. Hartford Insurance Company of the Midwest
Case No.: 20-CA-8721
Federal Case No.: 2:21-cv-00135-SPC-NPM

Dear Counsel:

I am in receipt of your Notice of Filing Notice of Removal and Notice of Removal. The amount in controversy in this case does not exceed $75,000.00 for purposes of diversity. You are correct, the amount in dispute at this time is $68,671.04, the amount of the Kelly Roofing Estimate which is Exhibit "2" to your client's Notice of Removal. Clearly the amount in controversy does not exceed $75,000.00.

Please let me know if you intend to withdraw your Notice of Removal. Otherwise, I will be forced to file a Motion to Remand this matter to State Court as clearly the amount in dispute does not exceed the jurisdictional amount of $75,000.00 for purposes of diversity.

If you have any question, please feel free to contact me.

Sincerely,

Brian Freeman

BF/jb

**EXHIBIT 1**